UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20486-MC-OTAZO-REYES

IN THE MATTER OF
THE EXTRADITION OF
MARCEL BUDINA

_____

CERTIFICATION OF EXTRADITABILITY
AND
ORDER OF COMMITMENT

The Court has received the Complaint filed on February 7, 2014, by Ana Maria Martinez, Assistant United States Attorney for the Southern District of Florida, for and on behalf of the Government of the Czech Republic, pursuant to that Government's formal request for the extradition of Marcel Budina. The Court has also received an affidavit executed by Marcel Budina and witnessed by his attorney, Assistant Federal Public Defender Christy O'Connor.

On April 4th, 2014 Marcel Budina appeared before the Court in open session, accompanied by his attorney, and in the presence of the Assistant United States Attorney. The Court addressed Marcel Budina and is satisfied that he is aware of his rights as set forth in the affidavit of consent to extradition and that the affidavit was executed knowingly and voluntarily.

Inasmuch as Marcel Budina has conceded that he is extraditable on the charges for which extradition was requested, and has consented to a certification by this Court to that effect, and has further consented to remain in custody pending the arrival of agents from the requesting state

to effect his transfer to the requesting state, the Court finds on the basis of the record and the representations of Marcel Budina and counsel that:

1. the undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing;

2. the Court has personal jurisdiction over Marcel Budina and subject matter jurisdiction over the case;

3. there is currently in force an extradition treaty between the Government of the United States and the Government of the Czech Republic, 1925 U.S.-Czechoslovakia Extradition Treaty, as supplemented by the 1935 U.S.-Czechoslovakia Supplementary Extradition Treaty, and the 2006 U.S.-Czech Republic Second Supplementary Extradition Treaty;

4. Marcel Budina, in the Czech Republic, was convicted and sentenced to five years imprisonment for the offenses of unauthorized obtaining, forging, and altering of a means of payment and attempted fraud, in violation of Sections 234(3), 209(4)(d) and 21(1) of the 2009 Criminal Code;

5. these offenses constitute extraditable offenses within the meaning of Article II of the 1925 Treaty, as amended by Article II of the 1935 Supplementary Treaty and Article 2 of the 2006 Second Supplementary Treaty;

6. the requesting state seeks the extradition of Marcel Budina to serve the sentence imposed; and

7. Marcel Budina has stipulated that there is probable cause to believe that he committed the offenses for which extradition is sought.

Based on the foregoing findings, the Court concludes that Marcel Budina is extraditable for each of the offenses for which extradition was requested, and certifies this finding to the Secretary of State as required under Title 18, United States Code, Section 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United Sates Attorney a certified copy of this Certification of Extraditability and the executed Affidavit of Consent to Extradition and, further, that the Clerk forward certified copies of the same to the Secretary of State (to the attention of the Legal Adviser) and the Director, Office of International Affairs, Criminal Division, U.S. Department of Justice, in Washington, D.C., for the appropriate disposition.

IT IS FURTHER ORDERED that Marcel Budina be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State and arrival of agents of the requesting state, at which time Marcel Budina together with any evidence seized incidental to his arrest will be transferred to the custody of the agents of the requesting state at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of the Czech Republic to be transported to the Czech Republic.

SO ORDERED.

Dated this 4th day of April, 2014.

**ALICIA OTAZO-REYES**
United States Magistrate Judge
Southern District of Florida